IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Patrick Lemuel Bass )
Full name and prison number of )
plaintiff(s) )
) 2005 JUN 24 A 9:48
)
) [CLERK stamp]
v. ) U.S. DISTRICT C...
) MIDDLE...
Jay Jones sheriff Dpt )  CIVIL ACTION NO. 3:05CV603-T
Donnie Surrett Sheriff Dpt officer ) (To be supplied by the Clerk of the
Lee co, sheriff Task force officers ) U.S. District Court)
)
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I. PREVIOUS LAWSUITS

  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

  B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:
       Plaintiff(s) _____

       Defendant(s) _____

    2. Court (if federal court, name the district; if state court, name the county)
       _____
       _____

    3. Docket No. _____

    4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                ADDRESS

1. Jay Jones Sheriff Dpt 2311 gate way DR Opelika, AlA 36801
2. Donnie Surrett Lee co sheriff Dpt 2311 gate way DR Opelika, AL 36801
3. Lee co Sheriff Dpt Task Force Officers 2311 gateway DR Opelika, AL 36801
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 5, 30, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was Arrested and Beaten visiously by officers of Lee, Co. sheriff Dpt.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
5, 30, 2005 around Twelve thirty Am. The place was Located at 1502 Flether Drive phenix city AL 36867 Home of Danny Worthy. Officer Donnie Surrett Lee Co sheriff Officer also Lee Co sheriff Dpt Task Force Officers working togeather Severed a warrant on plantiff wicth was unarmed they came in to the house of Danny Worthy and beat the plantiff Patrick Lemuel Bass very visiously wheil hand cuff Chuff!!! MR Danny worthy was at his home at the Time this Accaured

GROUND TWO: broken noise Faceal Skars with Bruises and swelling neck and back ingureyes

SUPPORTING FACTS: Arrest report booking photos)) picturs As well Doctor For LEE Co- Jail Dr Farland examinations and percribed (med) For Swelling and pain and Doctor Farland Tape Recording of plaintiFF medical History done at Lee Co Jail on 6/1/2005 after the Beating

GROUND THREE: I have been hidden Away in Confinement unable to make phone call or have any contact For help

SUPPORTING FACTS: I am still in Confinement being Kept From population or phone or any other privleag given to other inmates and have not violated any Rules of this Jail I can not get any return request with and answer as to why I am being held in Confinement Witnesses Curtis Ross / Jemel Kendell in confinement over (20 days) now

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
I would request For the Court to Award plaintiFF the Sum of One Hundred Thousand Dollars And to Dissmist any and all charger pending on plaintiFF in and by the LEE Co. SheriFF Dpt awell any State charges pending

_Patrick Lemuel Bass_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 6-21-2005
(date)

_Patrick Lemuel Bass_
Signature of plaintiff(s)