AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

RECEIVED 2005 JUN 24 A 9:48

Patrick Lemuel Bass
Plaintiff

V.

Jay Jone sheriff Dpt
Donnie Surrett sheriff Dpt officer
Lee Co. Sheriff Task Force officers
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 3:05CV603-T

I, Patrick Lemuel Bass, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Lee County Justice Center

   Are you employed at the institution?  NO    Do you receive any payment from the institution?  NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 19,96 Union worker (18 dollar hour wage) (weekly in com 9 hundered forty) 940.00 (Union Iron worker) (Local 387 ATL, GA)

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. Gifts or inheritances | ☐ Yes | ☒ No |
   | f. Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Pamale Laird Com Law wife
   Ashton Faith Bass 3 year old Daughter
   Plaintiff was contrubiting Full support

I declare under penalty of perjury that the above information is true and correct.

6, 21, 2005                    Patrick Semuel Bass
_____            _____
     Date                      Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Affidavit of account
I have No money or assets at this time in my institutional account
Patrick Bass

# AFFidavit of statement of OATHs

I PatrickLBass  Dorm E-6

I have been unable to get any request answered as to having my complaint notarized how every all ritten statement are true and correct I have not receives any request back For any thing or to any one that I have sent too. For any reason!

Patrick L Bass

~~witten~~ witnesses ___Jay Smith___
___Carnell C Waggn___
___Curtis Ross___