*Motion for request Forextion on order to Name parties*

Patrick Lemuel Bass

Plaintiff

V.

Jay Jones Sheriff et,al

Defendants

Civil Action No 3:05-CV-603 T

WO

① The plaintiff ask honorable court of Susan Russ Walker to extend the order of naming the parties witch Violated plaintiff Patrick Lemuel Bass constitutional rights do to the fact that the plaintiff resouces dose not reach beyond the cell bar witch confine the plaintiff to Jail Cell

② The plaintiff ask honorable court of Susan Russ walker to order Sheriff Jay Jones & Donnie Surette of the LEE,CO Sheriff office to send by US. mail all the officer,s of the haw witch help with handson Arrest of the Plaintiff Patrick Lemuel Bass on the date of May 30 2005 at the home of Danny Worthy in the up stair bed room of 1502 Fletcher Road Phenix City, AL. 36867 Name,s of these officers

③ Order if Granted should be sent to 2311 Gate way Drive Opelika ALABAMA 36801 Lee County Sheriff office in care of Jay Jones & Donnie Surette

Patrick Lemuel Bass

I Remain — sign by *Patrick L Bass*