Honorable Susan Ross Walker

RECEIVED

2005 AUG -5  A 10: 14

U.S. DISTRICT COURT
MIDDLE DIST OF ALA

Motion For  Assistants oF Coucil

Patrick Lemuel Bass                    Civil Action No 3:05 CV-603-T

Plaintiff                                                WO

         V

Jay Jones Sheriff et,al


① The plaintiff Patrick Lemuel Bass only has A 8th grade
education and am unable to comperhend the law
oF Federal Rules oF Civil Procedure


② The plaintiff Patrick Lemuel Bass is in a cell and has
No access to any book that will allow me to look up
any Rules oF Federal Civil Procedure


③ The plaintiff Patrick Lemuel Bass has no Access to
Electronic Case Filing do to 24 hour lock down in a
cell and unable to gain Access to a computer in
this Jail.


④ The plaintiff Patrick Lemuel Bass has No phone
Service in the cell that will complete a call to
case management


⑤ The plaintiff Patrick Lemuel Bass has No resource
beyond the cell bars witch has him conFind. ANd
prays that the Honorable court oF Judge Susan Ross
Walker will apoint Council For the plaintiFF

So ne will stand a equal chance to defend his
civil right and his case will not be dismissed
de to error of Federal Rules of civil Procedure

Patrick Lemuel Bass
        I Remain    sign by  *Patrick L Bass*