IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| PATRICK LEMUEL BASS | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-603-T |
| JAY JONES, SHERIFF, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time to comply with the court's July 18, 2005 order directing that he amend his complaint in order to identify those members of the "Lee County Sheriff's Task Forces" whom he complains violated his constitutional rights, and for good cause, it is ORDERED that:

1. Plaintiff' Motion for Extension of Time (Doc. No. 5) is GRANTED;

2. Plaintiff is GRANTED an extension from August 1, 2005 to August 16, 2005 to file his amendment.

DONE, this 9th day of August, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE