Motion to Amend 1983 complaint Form

Plaintiff
Patrick Lemuel Bass

v.                                                    Civil Action 3:05-cv-603-T

Jay Jones Sheriff et al.,                                      WO
Defendants

RECEIVED 2005 AUG 16 A 8:50

① The Plaintiff Patrick Lemuel Bass Names Donnie Surette haw officer of Jay Jones. Lee County Sheriff Department all so a Task Force officer did have hands on contact in the handcuffing beating of the plaintiff Patrick Lemuel Bass

② The Plaintiff has wrote to the clerk of court trying to get a officer's report that might help in Naming the other Task Force members but has not gotten any thing in return threw us mail

③ The Plaintiff Patrick Lemuel Bass Names Donnie Surette as the officer that place the plaintiff in the car of Lee County Sheriff Department and then took the Plaintiff Patrick Lemuel Bass From 1502 Flether Road Phenix City, AL 36867 to the Lee county Jail where the Plaintiff was left in a cell untell the next moring before any medical treatment was ever given

Patrick Lemuel Bass            sign by Patrick L Bass