**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Donnie Surrett
   2311 Gateway Drive
   Opelika, AL 36801

   05cv603

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Hazel Rhodes_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 8/26/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0001 3017 4369

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff Jay Jones
   2311 Gateway Drive
   Opelika, AL 36801

   05-603

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Hazel Rhodes_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 8/26/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0001 3017 4352

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540