IN the United States District Court
For the MIDDLE District of ALABAMA
EAStern Division

## Motion For Court order or Amendment

Patrick Lemuel Bass
   Plaintiff

v.

Jay Jones, Sheriff, et al.,
   Defendants

Civil Action NO 3:05-CV-603-T

The Court has order that information be given from the Defendant so the court can properly and effectively process the claim made on the Defendants by the Plaintiff's date of order by court 24th of August 2005

The Plaintiff prays the Magistrate Judge will order these Booking Photographs be attach to Defendants court ordered written report. They are very relevant in this claim and with medical report will effectively be available information For the Magistrate Judge to review and process the Plaintiff's claim

The Plaintiff Patrick Lemuel Bass prays that the court will order the Defendants to add to its court order, written report all photographs of the Plaintiff when he arrived at the Lee County Detention center on the date of 5,30,2005 in the custody of Donnie Sorrett. A copy of Arrest Booking photographs be sent to the court and Plaintiff Patrick Lemuel Bass Address of Plaintiff P.O. Box 2407. Opelika, Alabama 36801

Sign by /s/ Patrick L Bass

## Certificate of Service

I The Plaintiff Patrick Lemuel Bass have Served The Defendants Jay Jones Sheriff, et al and Surrett Defendants have been sent a copy of the For going motion by us mail and all is true and correct to the best of my ability

mail to The Defendant At:

Address of: Lee County Detention Center 2311 Gate Way Drive Opelika, AL 36801


Sign by _Patrick L Bass_