IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| PATRICK LEMUEL BASS | * |
|     Plaintiff, | * |
|     v. | * CIVIL ACTION NO. 3:05-CV-603-T |
| JAY JONES, SHERIFF, *et al.*, | * |
|     Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Order wherein he requests that Defendants be directed to attach to their written report copies of Plaintiff's booking photographs taken upon his arrival at the Lee County Detention Facility, and for good cause, it is

ORDERED that the motion (Doc. No. 12) be DENIED.

DONE, this 20th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE