IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

PATRICK LEMUEL BASS                           *

    Plaintiff,                                        *

      v.                                            * CIVIL ACTION NO. 3:05-CV-603-T

JAY JONES, SHERIFF, *et al.*,                     *

    Defendants.                                    *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time and for good cause, it is ORDERED that:

1.  Defendants' Motion for Extension of Time (Doc. No. 14) is GRANTED; and

2.  Defendants are GRANTED an extension from October 3, 2005 to October 26, 2005 to file their answer and written report.

DONE, this 5th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE