# EXHIBIT A

```
                            LEE COUNTY SHERIFF'S OFFICE
05/31/2005     00:17:46     INMATE BOOKING SHEET                    PAGE    1
===============================================================================
BOOKING NO: 050002505

INMATE NAME: BASS PATRICK LEMUEL
       ALIAS:                                    RACE: W        SEX: M
       ALIAS:                                      HT: 5'07"  HAIR: BRO
     ADDRESS: 760 LEE RD 357                        WT: 186   EYES: BRO
CITY/ST/ZIP: AUBURN, AL 36830              COMPLEX:
  HOME PHONE: 334-663-5612                     SSN: 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
         DOB: 07/24/1966  AGE:  38          DL ST:            DLN:
  PLCE BIRTH: NEW ORLEANS                      SID:
       STATE: LA                             LOCID: 26936
   M. STATUS: SINGLE
    RELIGION:
  GANG ASSOC:
SCARS/TATTOOS: SCARS
KNOWN ENEMIES:
     REMARKS: INMATE ATTACKED A STATE TROOPER. IS HOSTILE
------------------------------- NEXT OF KIN ------------------------------------
 NEXT OF KIN:                              RELATIONSHIP:
     ADDRESS:                                   PHONE: 000-000-0000
 CITY/ST/ZIP: ,
     REMARKS:
----------------------------- EMPLOYER INFO -----------------------------------
    EMPLOYED: Y
EMPLOYER NAME: EDWARD ERECTIONS
     ADDRESS: UNK
 CITY/ST/ZIP: ,
       PHONE: 000-000-0000
-------------------------------- MEDICAL --------------------------------------
 HANDICAPPED:        NEEDS:
     GLASSES:        SMOKE:
MEDICAL NEEDS:        NEEDS:
   PHYSICIAN:                        PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
-------------------------------- PROPERTY -------------------------------------
        CASH:        $00.00
 DESCRIPTION:
ADD. PROPERTY: STREET CLOTHES   , RING, Nipple RING, WATCH
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: PLASTIC BAG
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: Patrick Bass              DATE: 5/       TIME: _____

BOOK OFFICER: Carlisle            DATE: /3       TIME: _____
```

```
                             LEE COUNTY SHERIFF'S OFFICE
 05/31/2005    00:17:46       INMATE BOOKING SHEET                      PAGE    2
===============================================================================
BOOKING NO: 050002505       INMATE NAME: BASS PATRICK LEMUEL
===============================================================================
           COURT:                        ATTORNEY ON REC:
           JUDGE:                             PHONE: 000-000-0000
         REMARKS:
         REMARKS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
     BOOK DATE: 05/30/2005  BOOK TIME: 23:58  BOOK TYPE: NORMAL

    ARREST DATE: 05/30/2005        BOOKING OFFICER: COWHICK
    ARREST DEPT: LCSO             CELL ASSIGNMENT: E6
  ARRST OFFICER: SURRAT               MEAL CODE: 01  LEE COUNTY
  PROJ. RLSDATE: 00/00/0000            FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: SIMS             CLASSIFICATION:
   TYPE SEARCH: PAT               WORK RELEASE: N
 INTOX RESULTS:

           HOLDS: N
          AGENCY:                  REASON:
          AGENCY:                  REASON:
          AGENCY:                  REASON:
          AGENCY:                  REASON:

           NOTES:
           NOTES:
           NOTES:
```

# EXHIBIT B

```
                            LEE COUNTY SHERIFF'S OFFICE
08/31/2005    13:05:40        INMATE CHARGE SHEET                    PAGE    1
==============================================================================
BOOKING NO: 050002505        INMATE NAME: BASS PATRICK LEMUEL
==============================================================================
  CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: TR04-5281              # OF COUNTS:   1
    OFFENSE: FTA(DWLS)                WARRANT #:
      CASE #: TR-04-5281
   BOND AMT: 500                         FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/30/2005            ARST AGENCY: LCSO
ARST OFFICR: SURRAT                    COUNTY: LEE
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   2  DISPOSITION: OPEN              HOLD: Y

ALA STATUTE:                       # OF COUNTS:   1
    OFFENSE: MANUF(CONT/SUB)          WARRANT #:
      CASE #: 10-1849-04A
   BOND AMT: 100,000                     FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/30/2005            ARST AGENCY: LCSO
ARST OFFICR: SURRAT                    COUNTY: LEE
      COURT:                            JUDGE: BUSH
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   3  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                       # OF COUNTS:   1
    OFFENSE: TRAFFIC/METH              WARRANT #:
      CASE #: 10-1849-04B
   BOND AMT: 100,000                     FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/30/2005            ARST AGENCY: LCSO
ARST OFFICR: SURRAT                    COUNTY: LEE
      COURT:                            JUDGE: WALKER
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                        LEE COUNTY SHERIFF'S OFFICE
08/31/2005    13:05:40      INMATE CHARGE SHEET                    PAGE    2
=================================================================================
BOOKING NO: 050002505      INMATE NAME: BASS PATRICK LEMUEL
=================================================================================
   CHARGE NO:   4  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                          # OF COUNTS:    1
     OFFENSE: POSS(DRUG/PARA)           WARRANT #:
       CASE #: 10-1849-04C
   BOND AMT: 2,000.00                        FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/30/2005                ARST AGENCY: LCSO
ARST OFFICR: SURRAT                        COUNTY: LEE
      COURT:                                JUDGE: WALKER
 DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:   5  DISPOSITION: OPEN              HOLD: N

ALA STATUTE:                          # OF COUNTS:    1
     OFFENSE: ATT(ELUDE/POLICE)         WARRANT #:
       CASE #: 10-1849-04D
   BOND AMT: 2,000.00                        FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/30/2005                ARST AGENCY: LCSO
ARST OFFICR: SURRAT                        COUNTY: LEE
      COURT:                                JUDGE: WALKER
 DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   CHARGE NO:   6  DISPOSITION: OPEN              HOLD: N
                  dc-05-1847
ALA STATUTE: 13A-10-41                 # OF COUNTS:    1
     OFFENSE: RESISTING ARREST           WARRANT #:
       CASE #: 0505-2972
   BOND AMT:        180 days   9-2-05       FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000              SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 05/30/2005                ARST AGENCY: LCSO
ARST OFFICR: SURRETT                       COUNTY: LEE
      COURT:                                JUDGE: WALKER
 DEF ATTORNY:                         DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS: Credit given for days already served
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                           LEE COUNTY SHERIFF'S OFFICE
 08/31/2005    13:05:40       INMATE CHARGE SHEET                    PAGE    3
===============================================================================
 BOOKING NO: 050002505      INMATE NAME: BASS PATRICK LEMUEL
===============================================================================
   CHARGE NO:  7 DISPOSITION: OPEN              HOLD: Y

 ALA STATUTE: 13A-10-36              # OF COUNTS:   1
      OFFENSE: PROMO.PRISON CONTR I    WARRANT #: 0508-2226.00
       CASE #:
     BOND AMT: 5,000                      FINE:       $0.00
     BAIL AMT: 5,000
 INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 08/31/2005             ARST AGENCY: LCSO
 ARST OFFICR: INV SURRETT                 COUNTY: LEE
        COURT:                             JUDGE:
 DEF ATTORNY:                      DIST ATTORNEY:
     COMMENTS:
     COMMENTS:
     COMMENTS:
 ------------------------------------------------------------------------------
   CHARGE NO:  8 DISPOSITION: OPEN              HOLD: N

 ALA STATUTE: GJ04-111               # OF COUNTS:   1
      OFFENSE: POSS DRUG PARAH         WARRANT #:
       CASE #:
     BOND AMT: 1000                       FINE:       $0.00
     BAIL AMT:
 INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 06/02/2005             ARST AGENCY: AAA
 ARST OFFICR: JIMMY                        COUNTY:
        COURT:                             JUDGE:
 DEF ATTORNY:                      DIST ATTORNEY:
     COMMENTS: BONDMAN PROCESS
     COMMENTS:
     COMMENTS:
 ------------------------------------------------------------------------------
   CHARGE NO:  9 DISPOSITION: OPEN              HOLD: N

 ALA STATUTE: GJ04-112               # OF COUNTS:   1
      OFFENSE: REST ARREST            WARRANT #:
       CASE #:
     BOND AMT: 500                        FINE:       $0.00
     BAIL AMT:
 INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 06/02/2005             ARST AGENCY: AAA BOND
 ARST OFFICR: JIMMY                        COUNTY:
        COURT:                             JUDGE:
 DEF ATTORNY:                      DIST ATTORNEY:
     COMMENTS: BONDSMAN PROCESS
     COMMENTS:
     COMMENTS:
 ------------------------------------------------------------------------------
```

NO Bond

```
                          LEE COUNTY SHERIFF'S OFFICE
 08/31/2005    13:05:40        INMATE CHARGE SHEET                    PAGE    4
===============================================================================
 BOOKING NO: 050002505       INMATE NAME: BASS PATRICK LEMUEL
===============================================================================
  CHARGE NO:  10 DISPOSITION: OPEN                 HOLD: N

 ALA STATUTE: GJ04-113              # OF COUNTS:   1
     OFFENSE: ASSAULT II            WARRANT #:
      CASE #:
    BOND AMT: 3000                        FINE:        $0.00
    BAIL AMT:
 INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 06/02/2005            ARST AGENCY: AAA BOND`
 ARST OFFICR: JIMMY                     COUNTY:
       COURT:                            JUDGE:
 DEF ATTORNY:                      DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
 ------------------------------------------------------------------------------
  CHARGE NO:  11 DISPOSITION: OPEN                 HOLD: N

 ALA STATUTE: GJ04-114              # OF COUNTS:   1
     OFFENSE: CARRY W/O PERMIT      WARRANT #:
      CASE #:
    BOND AMT: 500                         FINE:        $0.00
    BAIL AMT:
 INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 06/02/2005            ARST AGENCY: AAA BOND
 ARST OFFICR: JIMMY                     COUNTY:
       COURT:                            JUDGE:
 DEF ATTORNY:                      DIST ATTORNEY:
    COMMENTS: BONDSMAN PROCESS
    COMMENTS:
    COMMENTS:
 ------------------------------------------------------------------------------
  CHARGE NO:  12 DISPOSITION: OPEN                 HOLD: N

 ALA STATUTE: GJ04-115              # OF COUNTS:   1
     OFFENSE: POSS CONT SUB         WARRANT #:
      CASE #:
    BOND AMT: 3000                         FINE:        $0.00
    BAIL AMT:
 INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 06/02/2005            ARST AGENCY: AAA BOND
 ARST OFFICR: JIMMY                     COUNTY:
       COURT:                            JUDGE:
 DEF ATTORNY:                      DIST ATTORNEY:
    COMMENTS: BONDSMAN PROCESS
    COMMENTS:
    COMMENTS:
 ------------------------------------------------------------------------------
```

# EXHIBIT C

*Hold For Meriweather County GA*

| DOMESTIC VIOLENCE DUAL ARREST | **ALABAMA UNIFORM ARREST REPORT** | Fingerprinted | R84 Completed |
|---|---|---|---|
| ☐ | | ☐ Yes  ☒ No | ☐ Yes  ☒ No |

SATURDAY'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0430000 | Lee County Sheriff's Office | 0505-2972 | |

**5 LAST, FIRST, MIDDLE NAME** BASS, Patrick Lemuel  
**6 ALIAS AKA**

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒M ☐F | ☒W ☐B ☐I ☐A ☐O | 5'04" | 190 | BRO | BRO | | ☐ SCARS  ☐ MARKS  ☒ TATTOOS  ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| New Orleans, Unk  LA | 267-19-11-12445 | 07 28 66 | 38 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | NONE | |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| ☒ RESIDENT  ☐ NON-RESIDENT | 1502 Fletcher Rd, Phenix City, AL (3686?) | none | none |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO |
|---|---|---|
| 1502 Fletcher Rd Phenix City AL 3686? 0181-6134 | | ☒ IN STATE  ☐ OUT OF STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK  ☐ SOBER  ☐ DRINKING  ☒ DRUGS | ☒ YES ☐ NO | ☒ NONE ☐ OFFICER ☐ ARRESTEE | ☐ YES ☒ NO | ☐ HANDGUN  ☐ OTHER FIREARM  ☐ RIFLE  ☐ OTHER WEAPON  ☐ SHOTGUN |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE OF ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 05 13 05 | 23:20 ☐AM ☒MIL ☐PM | S M T W T F S (3-1) | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☐ YES ☐ NO ☒ UNKNOWN |

| 46 CHARGE — 1 ☐ FEL ☒ MISD | 47 UCR CODE | 48 CHARGE — 2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| Resisting Arrest | | See Reverse for Additional | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 13A-10-41 | Pending | | | | |

| 56 CHARGE — 3 ☐ FEL ☒ MISD | 57 UCR CODE | 58 CHARGE — 4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☐ HELD  ☒ TOT—LE  ☐ BAIL  ☐ OTHER  ☐ RELEASED | | 69 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED

☐ CONTINUED IN NARRATIVE

## JUVENILE

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED  ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY  ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

| 91 DATE AND TIME OF RELEASE M D Y : ☐AM ☐MIL ☐PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

LOCAL USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| Surrett Donnie R | 433 | | | | |
| | | | | ID # | ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

Hold For Meriweather County GA

| DOMESTIC VIOLENCE DUAL ARREST | **ALABAMA UNIFORM ARREST REPORT** | Fingerprinted | R84 Completed |
|---|---|---|---|
| ☐ | | ① Yes ② No | ① Yes ② No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI # 043 0 000 | 2 AGENCY NAME Lee County Sheriff's Office | 3 CASE # 0505-2972 | 4 SFX |
|---|---|---|---|

| 5 LAST, FIRST, MIDDLE NAME BASS, Patrick Lemuel | 6 ALIAS AKA |

| 7 SEX ①M | 8 RACE ①W | 9 HGT. 5'04" | 10 WGT. 190 | 11 EYE BRO | 12 HAIR BRO | 13 SKIN | 14 ☐ SCARS ☐ MARKS ☒ TATTOOS ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY STATE) New Orleans, Unk, LA | 17 DATE OF BIRTH 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 | 18 AGE 07/24/66 38 | 19 MISCELLANEOUS ID # |

| 20 SID # | 21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL  HENRY CLASS  NCIC CLASS | 22 DL # NONE | 23 ST |
| 24 FBI # | | 25 IDENTIFICATION COMMENTS |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 1502 Fletcher Rd, Phenix City, AL (36867) | 28 RESIDENCE PHONE none | 29 OCCUPATION (BE SPECIFIC) none |
| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 1502 Fletcher Rd Phenix City AL 36867 | 34 SECTOR # 0181-1034 | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO  ☒ IN STATE  ☐ OUT OF STATE AGENCY |

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☐ SOBER ☐ DRINKING ☒ DRUGS | 37 RESIST ARREST? ☒ YES ☐ NO | 38 INJURIES? ☒ NONE ☐ OFFICER ☐ ARRESTEE | 39 ARMED? ☐ YES ☒ NO | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN |

| 41 DATE OF ARREST 05/30/05 | 42 TIME OF ARREST 23:20 ☐ AM ☒ PM ☐ MIL. | 43 DAY OF ARREST S M T ☒W T F S | 44 TYPE OF ARREST ☒ ON VIEW ☐ ON CALL ☐ WARRANT | 45 ARRESTED BEFORE? ☒ YES ☐ NO |

| 46 CHARGE – 1 ☐ FEL ☒ MISD Resisting Arrest | 47 UCR CODE | 48 CHARGE – 2 ☐ FEL ☐ MISD See Reverse for Additional | 49 UCR CODE |

| 50 STATE CODE/LOCAL ORDINANCE 13A-10-41 | 51 WARRANT # Pending | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |

| 56 CHARGE – 3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE – 4 ☐ FEL ☐ MISD | 59 UCR CODE |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |

| 66 ARREST DISPOSITION ① HELD ④ TOT–LE ② BAIL ⑤ OTHER ③ RELEASED | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO  TOP  BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
| 78 VIN | | | | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | | | | | ☐ CONTINUED IN NARRATIVE |

**JUVENILE**

| 82 JUVENILE DISPOSITION: ① HANDLED AND RELEASED ② REF. TO JUVENILE COURT | ③ REF. TO WELFARE AGENCY ④ REF. TO OTHER POLICE AGENCY | ⑤ REF. TO ADULT COURT | 83 RELEASED TO |
| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

| 91 DATE AND TIME OF RELEASE M D Y : ☐ AM ☐ PM ☐ MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☒ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) | | |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE  STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
| 111 ARRESTING OFFICER (LAST, FIRST, M.) Surrett Donnie R | 112 ID # 433 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |

TYPE OR PRINT IN BLACK INK ONLY

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| ADDITIONAL ARREST NARRATIVE CONTINUED | 117 DATE AND TIME OF ARREST 05 30 05 23:20 | AM PM MIL | 118 CASE # 05051-2972 | 119 SFX |
|---|---|---|---|---|

**120 ADDITIONAL ARREST INFORMATION**

**NARRATIVE**

Mr. BASS was At the Above adress and Fled from Law Enforcement. BASS hid in a wall & Physically resisted Arrest by fighting with the officers. Mr. BASS was checked by paramedics for his (minor) injuries.

Charges:

| | | |
|---|---|---|
| FTA DWLS | CASE#/warrant # TR 2004-5281 | issued 10-22-04 |
| Fleeing/ATTempting to Elude | warrant # 10-1849-04 D | issued 9-15-04 |
| Unlawful poss. drug para. | warrant # 10-1849-04 C | issued 9-15-04 |
| Trafficking Methamphetamine | warrant # 10-1849-04 B | issued 9-15-04 |
| Unlawful manuf. Contr. Subst. 1ST | warrant # 10-1849-04 A | issued 9-15-04 |

**NARRATIVE**

**NARRATIVE**

☐ CONTINUED ON ADDITIONAL SUPPLEMENT

TYPE OR PRINT IN BLACK INK ONLY

# EXHIBIT D



*alacourt.com's*

*Alabama SJIS CC/DC Case Detail*

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |
|---|---|---|---|---|---|---|

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 43 LEE | Case Number | ➤DC 2005 001847 00 | JID | MAN | DEF Status | J JAIL ESTS: A |
| Name | **BASS PATRICK LEMUEL** | | | Alias | | | |
| Address 1 | **1502 FLETCHER RD** | | | Alias | | | |
| Address 2 | | | | SID | AL 000000000 | YDate | |
| Zip | 36867 0000 PHENIX CITY AL US | | | AS | | PR | 0000 000000 00 |
| DLNO | AL | DOB | **07241966** | SSN | | Race/Sex | W/M |
| Height | 5 04 | Weight | 190 | Eyes | | Hair | BRO |
| Filed | 06162005 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 05302005 | OffDT | 05302005 | ORI | 0430000 | OFFC | |
| Indict | | Grand Jury | | Atty 1 | THO150 A | Tkt# | |
| Bond | | Type | | Bond Co | | REL | 00000000 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | 0000 000000 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 1 09072005 | Que | 001 | Time | 0900 A | Desc | BTRL |
| Charge 1 | REST | **RESISTING ARREST** | | 13A-010-041 | M PE | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | M | Case Cat | PE |
| Comment | SGT DONNIE SURRETT | | | | | | |
| Settings | | | | | | | |
| Date 1 | 09072005 | Que | 001 | Time | 0900 A | Desc | BTRL BENCH TRIAL |
| Date 2 | | Que | 000 | Time | 0000 | Desc | |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | | Atty 1 | THOMPSON PHILIP ALLEN | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | Y | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |
| Disposition | | | | | | | |
| CRT ACT | G GUILTY PLEA | CADATE | 09072005 | Jury | Y | More | N |
| Charge 1 | REST RESISTING ARREST 13A-010-041 M P | | | Counts | 001 | CA | G 09072005 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:005 | Updated | 09192005 |
| Sentence | | | | | | | |
| Sent | 09072005 | Begin | | End | | PRB BEG | |
| IMP CONF | 00 00 180 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 00 180 | JAIL CRED | 00 00 099 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | | |
| Monetary: | COST | FINE IMP: 00000000 | | SUSP: 00000000 | | CVCC | HIS |
| | WCCS | MCOS 00000000 | | JFEE 00000000 | | DRGF 0 | ASU |
| | WCDA | REMB 00000000 | | 3CVC 00000000 | | WARR 000 | USF |
| | PREL | DRUG 00000000 | | RCUP 00000000 | | SUBP 005 | |
| | RES1 00000000 | | RES2 00000000 | | RES3 00000000 | | |
| | RES4 00000000 | | RES5 00000000 | | RES6 00000000 | | |
| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 |
| | X JAIL | CCUR | CSEC | CTERM | RVSPL | GANG 000 | |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV 0000 | SAPP |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 | |

| | DRUG  CODE: | | MEAS: | VOL: 00000000 | | |
|---|---|---|---|---|---|---|
| SEC/CUR: | 00    000000000000 00 | 00 | 000000000000 00 | 00 | 00000000000 | |
| Comment: | | | | | | |
| BAL DUE | DUE | | | CRO | | Updated | 09192005 |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 06162005 | 1516 | JUDG | ASSIGNED TO: (MAN) (AR01) | MAF |
| 06162005 | 1516 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | MAF |
| 06162005 | 1516 | FILE | FILED ON: 06/16/2005 (AR01) | MAF |
| 06162005 | 1516 | ARRS | DEFENDANT ARRESTED ON: 05/30/2005 (AR01) | MAF |
| 06162005 | 1516 | DAT1 | SET FOR: BENCH TRIAL ON 06/23/2005 AT 0900A (AR01) | MAF |
| 06162005 | 1516 | FILE | CHARGE 01: RESISTING ARREST/#CNTS: 001 (AR01) | MAF |
| 06162005 | 1516 | COMM | SGT DONNIE SURRETT (AR01) | MAF |
| 06162005 | 1516 | FILE | DATE CHANGED TO:06/16/2005 (AR01) | MAF |
| 06162005 | 1516 | STAT | STATUS CHANGED TO: "J" - (AR01) | MAF |
| 06162005 | 1516 | ARRS | DEFENDANT ARRESTED ON: 05/30/2005 (AR01) | MAF |
| 06162005 | 1516 | DAT1 | SET FOR: BENCH TRIAL ON 06/23/2005 AT 0900A (AR01) | MAF |
| 06162005 | 1516 | FILE | CHARGE 01: RESISTING ARREST/#CNTS: 001 (AR01) | MAF |
| 06162005 | 1516 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | MAF |
| 06162005 | 1517 | PRTY | PARTY ADDED W001 SGT DONNIE SURRETT (AW21) | MAF |
| 06162005 | 1548 | SUBP | WITNESS SUBPOENA ISSUED AWP24 | MAF |
| 06292005 | 0857 | DAT1 | SET FOR: BENCH TRIAL ON 07/21/2005 AT 0900A (AR10) | MAF |
| 06302005 | 1221 | PRTY | PARTY ADDED W002 DEPUTY HAROLD SMITH (AW21) | MAF |
| 07122005 | 0116 | DOCK | NOTICE SENT: 07/12/2005 BASS PATRICK LEMUEL | MAF |
| 07272005 | 0944 | DAT1 | SET FOR: BENCH TRIAL ON 09/07/2005 AT 0900A (AR10) | MAF |
| 08302005 | 0077 | DOCK | NOTICE SENT: 08/30/2005 BASS PATRICK LEMUEL | MAF |
| 09072005 | 1146 | TEXT | DEFENDANT GIVEN CREDIT FOR TIME ALREADY SERVED | MAF |
| 09072005 | 1146 | TEXT | DEFENDANT OBJECTS TOJURISDICTION | MAF |
| 09192005 | 1142 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: MAN | MAF |
| 09192005 | 1142 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 09/07/2005 | MAF |
| 09192005 | 1142 | ATY1 | ATTORNEY FOR DEFENDANT: THOMPSON PHILIP ALLEN | MAF |
| 09192005 | 1142 | DISP | CHARGE 01: RESISTING ARREST/#CNTS: 001 (AR10) | MAF |
| 09192005 | 1145 | CH01 | DEFENDANT SENTENCED ON: 09/07/2005 (AR05) | MAF |
| 09192005 | 1145 | CH01 | TOTAL CONFINEMENT: 180 DAYS (AR05) | MAF |
| 09192005 | 1145 | CH01 | JAIL CREDIT: 099 DAYS (AR05) | MAF |
| 09192005 | 1145 | CH01 | IMPOSED CONFINEMENT: 180 DAYS (AR05) | MAF |
| 09192005 | 1145 | CH01 | JAIL CONFINEMENT ORDERED BY THE COURT (AR05) | MAF |

# EXHIBIT E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **PATRICK LEMUEL BASS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:05-cv-603-MHT-SRW** |
| | ) | |
| **SHERIFF JAY JONES, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>AFFIDAVIT OF JAY JONES</u>

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF LEE** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Jay Jones, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Jay Jones.  I am over the age of nineteen and competent to make this affidavit.  I am the duly elected Sheriff of Lee County, Alabama.

2.      I am not personally familiar with the allegations made the basis of the Plaintiff's Complaint.  I was not present on May 30, 2005, when Plaintiff was arrested.

3.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

4.      It is the policy of the Lee County Sheriff's Department that all inmates confined in the Lee County Detention Center are entitled to a level of health care comparable to that available to citizens in the surrounding community which will ensure their physical and emotion well-being.

5.      Medical care rendered to inmates in the Lee County Detention Center will be

delivered under the direction of a licensed health care provider.

 6. No health care personnel or Detention Center officer or other employee of the Sheriff's Department will ever summarily or arbitrarily deny an inmate's reasonable request for medical services.

 7. Medical, dental, and mental health matters involving clinical judgments are the sole province of the responsible physician, dentist, or psychiatrist or qualified psychologist, respectively.

 8. Inmates will be guaranteed access to all diagnostic, laboratory, or other treatment services as directed by the responsible health care authority.

 9. Two methods may be utilized by inmates incarcerated in the Lee County Detention Center in order to secure health care services:

  a. <u>Verbal Request</u>:  An inmate may make a verbal request for emergency medical attention to any member of the Detention Center staff at any time.

  b. <u>Written Request</u>:  An inmate in need of any type of medical attention may complete an Inmate Request form seeking medical attention and forward it to any member of the Detention Center staff.

 10. Requests for medical treatment will be accepted by members of the Detention Center staff at any time.

 11. When a request for medical treatment is made to a member of the Detention Center staff, the staff member receiving the request will notify the Shift Supervisor of the inmate's request.  It is the Shift Supervisor's responsibility to ensure that the inmate's request is attended to in a prompt and proper manner.  Any doubt as to whether an actual need exists for medical treatment shall be resolved in favor of the inmate and medical treatment will be offered.

2

12.    Medical requests of an emergency nature will be handled immediately.

13.    As part of the booking process, inmates will be informed of the methods by which they may maintain medical treatment during the booking process.

14.    The Detention Center nurse, under the direction of the Detention Center Administrator, is charged with the responsibility of obtaining appointments for inmates with physicians in order that they may receive medical treatment or for scheduling times when the treating physician may attend to health care needs at the Detention Center.

15.    All health care rendered to inmates will, at the doctor's discretion, be given privately to the inmate, outside the presence of a Detention Center official.  Should the physician request, a Detention Center officer will be present for any and all examinations the treating physician deems appropriate.

16.    Internal grievance procedures at the Lee County Detention Facility are available to all inmates.  It is the policy of the Lee County Sheriff's Department that inmates are permitted to submit grievances and that each grievance will be acted upon.  The inmates are given an Inmate Grievance Form to complete and return to a Lee County Detention Facility staff member for any grievances they may have.  Any such grievances are filed in the inmate's jail file.  Upon review of Plaintiff's Jail File, I can see that Plaintiff did not file a grievance concerning the allegations made the basis of his Complaint.

17.    Attached to the Special Report are true and accurate documents contained in the files of the Lee County Sheriff's Department.  I am the custodian of such documents, which were kept by me in the ordinary course of my business.

3

JAY JONES

**SWORN TO** and **SUBSCRIBED** before me this 2½ day of October, 2005.

NOTARY PUBLIC          MY COMMISSION EXPIRES FEB. 19, 2007

My Commission Expires; _____

4

# EXHIBIT F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| PATRICK LEMUEL BASS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  3:05-cv-603-MHT-SRW |
| | ) | |
| SHERIFF JAY JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF DONNIE SURRETT

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF LEE | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Donnie Surrett, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Donnie Surrett.  I am over the age of nineteen and competent to make this affidavit.  I am employed as a Sergeant for the Lee County Sheriff's Department and serve as an investigator.  I have worked in this capacity for 1year.

2.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

3.      On May 30, 2005, I received a call from the United States Marshall's Office informing me that Plaintiff had escaped from the Meriwether County Jail in Georgia and that they had received information that Plaintiff had traveled to an area of Phenix City, which is in Lee County, Alabama.

1

4.      Therefore, I went to Phenix City, Alabama and met with officers of the United States Marshall's and the Phenix City Police Department.

5.      The officers from the Phenix City Police Department secured a search warrant for the home at the address of 1502 Fletcher Road, Phenix City, Alabama, in order to search for the Plaintiff.

6.      The Phenix City SWAT Team – which is made up of officers from the Russell County Sheriff's Department and the Phenix City Police Department – responded to the situation.

7.      The officers from the Lee County Sheriff's Department, Russell County Sheriff's Department, Phenix City Police Department, Phenix City SWAT Team, and U.S. Marshalls Office proceeded to 1502 Fletcher Road, Phenix City, Alabama.

8.      When we arrived at 1502 Fletcher Road, I heard someone call out that the Plaintiff was on the second floor of the home and was armed with a gun.

9.      Therefore, the SWAT Team went inside to search for the Plaintiff.  All the other officers, including me, stayed outside the home.  Our duty was to secure the perimeter of the home in case the Plaintiff attempted to flee.

10.      At one point, the officers from the SWAT Team came outside and stated that they could not find the Plaintiff.  They asked if we had seen the Plaintiff, but we had not.  Because we had the perimeter of the home secured, there was no way the Plaintiff could have escaped.

11.      So, the SWAT Team members re-entered the home.

12.      The next time the SWAT Team members exited the home, they had the Plaintiff in handcuffs.

13.    The first time that I saw the Plaintiff on May 30, 2005, was when Plaintiff exited the home in handcuffs with the SWAT officers.

14.    The SWAT Team officers informed me that they had had to pull the Plaintiff out of the inner part of a wall, where the Plaintiff was hiding, and he then began fighting, kicking, and punching the officers. The Plaintiff was also armed with a gun. However the gun was not recovered.

15.    I was one of the officers who participated in transporting Plaintiff to the Lee County Jail. Plaintiff had a cut on his eye and nose. Therefore, on the way to the jail, we took Plaintiff by an ambulance service where the paramedics examined Plaintiff's wounds. The paramedics informed us that the Plaintiff did not have any serious injuries. Therefore, Plaintiff was taken to the Jail and processed.

16.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_____
DONNIE SURRETT

**SWORN TO** and **SUBSCRIBED** before me this _____ day of October, 2005.


_____
NOTARY PUBLIC
My Commission Expires: _____

3

# EXHIBIT G

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | ☐ INCIDENT ☒ OFFENSE ☐ SUPPLEMENT | 2 CASE # 0508-2226 | 3 SFX 00 |
|---|---|---|---|---|

| 4 ORI# 0430000 | 5 DATE AND TIME OF THIS REPORT 0 8 2 5 0 5 1112 ☐ AM ☐ PM ☐ MIL | 6 AGENCY NAME LEE COUNTY SHERIFF'S OFFICE | 7 IF SUPPLEMENT ORIGINAL OFFENCE DATE M D Y |

| 8 REPORTED BY ☐ VICTIM OR SGT DONNIE SURRETT | 9 ADDRESS (STREET, CITY, STATE, ZIP) 2311 GATEWAY DRIVE SUITE 130, OPELIKA, ALABAMA 36801 | 10 PHONE (334) 7495651 |

| 12 VICTIM (LAST, FIRST, MIDDLE NAME) STATE OF ALABAMA | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE ( ) |
|---|---|---|
| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE ( ) |

| 19 ☐ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☐ N | 21 RACE ☐ W ☐ B ☐ I | 22 SEX ☐ MALE ☐ FEMALE | 23 HGT | 24 WGT | 25 DOB M D Y | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☐ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |

| 30 TYPE INCIDENT OR OFFENSE ☒ FEL ☐ MISD. PROMOTING PRISON CONTRABAND FIRST DEGREE | 31 DEGREE (CIRCLE) X 1 2 3 | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE 13A-10-36 |
| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD. | 35 DEGREE (CIRCLE) 1 2 3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |

| 38 PLACE OF OCCURRENCE LEE COUNTY DETENTION FACILITY, 2311 1/2 GATEWAY DRIVE SUITE 130, OPELIKA, AL 36801 | 39 SECTOR |

| 40 POINT OF ENTRY ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER | 41 METHOD OF ENTRY ☐ FORCIBLE ☐ NO FORCE ☐ ATT. FORCIBLE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR ASSAULT/INJURY ☐ Y ☐ N |

| OCCURRED ON OR BETWEEN | 45 TIME 1700 ☐ AM ☐ PM ☐ MIL | 46 M T W T F S S ☐☐☐☒☐☐☐ | 47 LIGHTING ☒ NATURAL ☐ MOON ☐ ART. EXT. ☐ ART. INT. ☐ LNK | 48 WEATHER ☐ CLEAR ☐ CLOUDY ☐ RAIN ☐ FOG ☐ SNOW ☐ HAIL ☐ UNK. | 49 PREMISE ☐ HWY.-ST.-ALLEY ☐ RAILROAD ☐ RESIDENCE ☐ CHURCH ☐ SCHOOL ☐ CONVENIENCE ☐ INDUSTRIAL ☐ SERVICE STA. ☐ BANK ☐ DRUG STORE ☐ APT./TWN. HSE. ☐ SHOPPING CENTER ☐ PARKING LOT ☐ OTHER COMMER. ☒ OTHER JAIL | 50 CODE |
| 0 8 2 4 0 5 | 52 TIME 1800 ☐ AM ☐ PM ☐ MIL | 53 M T W T F S S ☐☐☐☒☐☐☐ | | | |

| 54 VERIFY FOR ☐ Y | 55 TREAT. FOR ☐ Y | 56 CIRCUMSTANCES HOMICIDE&ASSAUL | 57 CODE |
| RAPE EXAM ☐ N | RAPE INJURY ☐ N | LOCATION: RAPE | |

| 58 WEAPON USED ☐ FIREARM ☐ KNIFE ☐ HANDS, FISTS VOICE ETC. ☐ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE DESCRIBE: _____ | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |

| 60 QUANTITY | 61 STOLEN RECOVERED LOST FOUND OR DESTROYED (INCLUDE MAKE, MODEL,SIZE, TYPE, SERIAL NUMBER, COLOR,ETC.) | 62 DOLLAR VALUE | 63 RECOVERED |
|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| ONE | HOME-MADE WEAPON | | | 08-24-05 | UNK |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ CONTINUED IN NARRATIVE

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE GOODS | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R D L | S R D C | S R D C | S R D C | S R D C |

| 75 CHECK CATEGORIES | ☐ STOLEN ☐ RECOVERED ☐ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH. USE ☐ ABANDONED |

| 76 # STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |

| 82 VYR | 93 VMA | 84 VMO | 85 VST | 86 VCO TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER _____ | 90 WARRANT SIGNED ☐ Y ☐ N # |

| 91 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |

| MOTOR VEH RECOVERY ONLY REQUIRED FOR 24- UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ Y ☐ N WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ Y ☐ WHERE? |

TYPE OR PRINT IN BLACK INK

ACJIC-32 REV B-96

OFFICER'S WORK PRC  T MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 0 8 2 4 0 5 1112 | ☐ AM ☐ PM ☒ MIL | 96 CASE # 0 8 0 5 - 0 0 2 2 6 0 0 0 | 97 SFX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) BASS, PATRICK LEMUEL | 100 NICKNAME/ALIAS | 101 RACE ☒ W ☐ A ☐ B | 102 SEX ☒ M ☐ F | 103 SSN 0 7 1 2 4 6 6 | 104 AGE 39 |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) 760 Lee Road 357, Auburn, Alabama 36830 | 106 HGT 5'07" | 107 WGT 186 | 108 EYE Bro | 109 HAIR Bro | 110 COMPLEXION |

| 111 PROBABLE DESTINATION SSN: 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 | 112 ARMED? ☒ Y ☐ N ☐ UNK. | 113 WEAPON Home-made |

| 114 CLOTHING White Jump Suit | ☐ SCARS ☐ MARKS ☒ TATOOS | 115 ☐ ARRESTED ☐ WANTED |

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE ☐ W ☐ A ☐ B | 119 SEX ☐ M ☐ F | 120 DOB M    Y | 121 AGE |

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |

| 128 PROBABLE DESTINATION | 129 ARMED? ☐ Y ☐ N ☐ UNK. | 130 WEAPON |

| 131 CLOTHING | ☐ SCARS ☐ MARKS ☐ TATOOS | 132 ☐ ARRESTED ☐ WANTED |

**WITNESSES**

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|
| #1 Officer Craig Murphy | SEX ☐B ☐F RACE ☐W ☐A ☐B D | | ( ) | ( ) |
| #2 Officer Leon Aaron | SEX ☐B ☐F RACE ☐W ☐A ☐B D | | ( )   . | ( ) |
| #3 | SEX ☐B ☐F RACE ☐W ☐A ☐B Y | | ( ) | ( ) |
| #4 | SEX ☐B ☐F RACE ☐W ☐A ☐B Y | | ( ) | ( ) |

| WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN |

**NARRATIVE**

137

On the above date and time, Corrections Officers Craig Murphy and Leon Aaron were conducting a safety check for weapons in cells F-1, F-3, and F-4. During the course of the search, Officers located five home-made weapons. One weapon was a piece of heavy gauged wire that was sharpened on one end. This weapon was discovered in cell F-3, concealed in Patrick Bass' mattress. Another weapon recovered was a knife made from a power outlet cover. This weapon was found underneath George Hudson's mattress. Another weapon was two pieces of metal pieced together in the shape of a knife. This weapon was inside of Stephen Todd's mattress. Another weapon made of two pieces of metal pieced together in the shape of a knife was discovered in the toilet of cell F-4. The last weapon was made from a piece of heavy gauged wire that was sharpened on one end. This weapon came from the mattress of Marquez Vaughn. All mattresses are checked for weapons when they are turned in by an outgoing inmate. When these mattresses were issued to Bass, Todd, Vaughn, and Hudson, they did not contain any weapons. Warrants are going to be signed on all four Inmates.

CONTINUED ON SUPPLEMENT  ☐ bel Y  ☒ bel N

| ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying this agency if any stolen property of missing person hereby reported is returned.

SIGNATURE  D. Surrett

138 LOCAL USE

138 STATE USE

| MULTIPLE ASES OSSED | 140 CASE# | 141 SFX | 142 CASE N | 143 SFX | 144 CASE # | 146 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE |

| 147 CASE STATUS ☒ PENDING ☐ INACTIVE ☐ CLOSED ENTERED ACIC/NCIC DATE | 148 CASE DISPOSITION: ☐ CLEARED BY ARREST (JUV.) ☐ CLEARED BY ARREST (ADULT) ☐ UNFOUNDED ☐ ADM.CLEARED | EXCEPTIONAL CLEARANCE: ☐ SUSPECT/OFFENDER DEAD ☐ OTHER PROSECUTION ☐ EXTRADITION DENIED ☐ LACK OF PROSECUTION ☐ JUVENILE, NO REFERRAL ☐ DEATH OF VICTIM | 149 REPORTING OFFICER Sgt Donnie Surrett | ID # 4331 |
| | | | 150 ASSISTING OFFICER | ID # |
| | | | 151 SUPERVISOR APPROVAL | ID# 152 WATCH CMDR.  ID# |

# EXHIBIT H

** 88:P4 TOTAL PAGE.83 **

U.S. Department of Justice
United States Marshals Service



| REPORT OF INVESTIGATION | | Page 1 of 1 |
|---|---|---|
| 1. FID: 994577 | 2. DATE OF REPORT: 06/07/2005 | 3. REPORTED BY: MYRICK,RICKY |
| 4. SUBJECT NAME: BASS,PATRICK LEMUEL | | AT: GA/N |

5. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION          [x] ARREST (USM11 47429)
[ ] COLLATERAL LEAD                            [ ] INTELLIGENCE UPDATE
[ ] WITNESS INTERVIEW                          [ ] MEMORANDUM TO FILE
[ ] OTHER

On 05/30/2005 TF/O R. Myrick received a request from the Meriwether County Georgia Sheriffs Office for the assistance of SERFTF in the apprehension of Patrick Lemuel BASS. BASS was arrested in Meriwether County Georgia by SERFTF on 03/22/2005 on a warrant from Lee County Alabama for manufacturing methamphetamine. On 05/27/2005 BASS escaped the custody of the Meriwether County Jail. BASS assaulted a jailer with a shank, took the jailers keys, and escaped the jail on foot. Colonel C. Smith of the Meriwether County Sheriffs office obtained arrests warrants on BASS for escape and aggravated assault on 05/28/2005.

TF/O R. Myrick and TF/O J. May began travel to Meriwether County Georgia on 05/30/2005 and began interviewing known associates of BASS. Leads were developed that BASS was hiding out at 1502 Fletcher Drive, Phenix City, Alabama. TF/O's R. Myrick, J. May, J. Watson, T. Boggs, T. Smith, K. Early, and DUSM's L. Avery and A. Brock traveled to Phenix City and met with representatives from the Lee County Alabama Sheriffs Office and the Phenix City Alabama Police Department.

Utilizing the information developed by SERFTF the Phenix City Police Department obtained a search warrant for 1502 Fletcher Drive. A safety briefing was conducted providing all officers and deputies with specific assignments for the execution of the search warrant and arrest warrants. The Phenix City PD SWAT made entry into the residence as members of SERFTF and Lee County SO provided perimeter security. As SWAT made entry BASS opened a second story window and looked out on the officers on the perimeter. BASS was holding a shiny object in his hand and once he saw that the officers were below him he disappeared from the window. All occupants of the residence were secured by SWAT but BASS could not be located. The owner of the residence, Danny Worthy, advised SWAT that BASS was in the residence and he was armed with a small, shiny handgun. A second search was conducted and BASS was located hiding inside of an interior wall in the same room where he had opened the window. After a brief struggle BASS was apprehended by the SWAT members. No weapon was recovered. BASS was transported to the Lee County Alabama Jail by Lee County Sheriffs Deputies.

This case may be closed.

| 6. SIGNATURE (Name and Title) | 7. DATE 06/07/2005 12:55 PM EDT | 10. DISTRIBUTION __DISTRICT __HEADQUARTERS __OTHER_____ |
|---|---|---|
| RICKY MYRICK Criminal Investigator | | |
| 8. APPROVED (Name and Title) | 9. DATE 06/07/2005 12:55 PM EDT | |
| BILLY WALKER Warrant Supervisor | | |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

08/30/2005 12:46 PM EDT

# EXHIBIT I

# LEE COUNTY SHERIFF'S DEPARTMENT
## SPECIAL REPORT

OCA# 26936

Subject ~~CONTRABAND~~ BASS, PATRICK    Opelika, AL    8-24-05

To the Sheriff of Lee County:

I report the following _____ CONTRABAND _____

_____ which occurred at _1800_ o'clock

this _P_ M. at _LCDC_

Below give full-particulars, together with name of principals and witness and their address

AROUND 1800 hr on the 8th day of August, during the shake down of LCDC, I was searching J3 BASS's matress. I held it up his matress for SGT BUTLER to scan it with the metal detecting wand. It went off. I opened the matress up and found a 11 inch long metal shank in his matress. J3 BASS was placed in handcuffs and escorted to E-6. J3 BASS was located in F-3 during the shake down.

Reported by _Craig Murphy # 52_

Address _LCDC_    Phone _____

Complaint received by _____    How _____

Assigned to _____

# EXHIBIT J

THE STATE OF ALABAMA       Case Number
LEE COUNTY                 0508-2226.00
vs

Patrick Lemuel Bass, alias
760 Lee Road 357
Cusseta, Alabama 36852

CHARGE:
Promoting Prison Contraband First Degree
OFFICER'S RETURN

I have executed this Writ by arresting the defendant and committing him/her
to jail or allowing him/her to give bond.

This 31 day of August ,20 05 .

JAY JONES A.H.P. Sheriff
DS 11

| STATE'S WITNESSES | DEFENDANT'S INFORMATION |
|---|---|
| Officer Craig Murphy | DOB 07-24-1966 |
| 2311 Gateway Drive Suite 130 | |
| Opelika, Alabama 36801 | SSN 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 |
| Officer Leon Aaron | |
| 2311 Gateway Drive Suite 130 | WGT 186 |
| Lt. Corey Welch | |
| 2311 Gateway Drive Suite 130 | HGT 5'07" |
| Sgt Donnie Surrett | |
| 2311 Gateway Drive Suite 130 | HAIR Brown |
| — | RACE White |
| — | GENDER Male |

COMMITMENT

The State of Alabama
LEE COUNTY

TO THE JAILER OF LEE COUNTY:

On the examination of _____ charged with the offense of
_____ it appearing that such offense has been committed, and that there is sufficient
cause to believe that he/she is guilty thereof, you are therefore commanded to receive him/her into your
custody and detain him/her until he she is legally discharged.

BOND in this cause is fixed at the sum $ _____.

THIS _____ day of _____, 20 ____.

_____
Clerk

# EXHIBIT K

State of Alabama
Unified Judicial System **AFFIDAVIT CHARGING CRIME**
Lee County Form CC-1

**Case Number**
0805-2260.00

The State of Alabama,
**LEE COUNTY**

Before me _____ Clerk of the District/Circuit Court of Lee County, Alabama, personally appeared ___Sgt Donnie Surrett___ who being first duly sworn, deposes and says on oath, that he has probable cause of believing and does believe that **Patrick Lemuel Bass**, alias, being a person confined in a detention facility, to-wit: **Lee County Detention Facility**, did intentionally and unlawfully make, obtain, or possess a deadly weapon, instrument, tool, or other thing, to-wit: **metal rod sharpened on one end**, which may have been useful for escape, in violation of 13A-10-36 of the Code of Alabama, against the peace and dignity of the State of Alabama.

PROBABLE CAUSE:
On or about August 24, 2005, Lee County Detention Facility Officers conducted a search of cells F-1, F-3, and F-4. During the course of the search, numerous improvised weapons were recovered. A metal rod sharpened on one end was located in Inmate Patrick Lemuel Bass' mattress. Another metal rod sharpened on one end was discovered in Inmates Marquez Cornelius Vaughn's mattress. A metal knife made from a power outlet cover was recovered from Inmate George Lynard Hudson's mattress. A metal knife made from an unknown item was discovered in Inmate Steven Aaron Todd's mattress. Another metal knife was discovered in a toilet, and it is unknown who actually possessed it. Sergeant Donnie Surrett spoke with Lieutenant Corey Welch, who stated that the mattresses are searched for weapons before they are issued to inmates.

```
*
*
*
*
```

Sworn to and subscribed before me,
this _3_ day of ___August___, 20_05_.

_____
Clerk, District/Circuit Court

---

## WARRANT

The State of Alabama,
**LEE COUNTY**
To any Lawful Officer of the State of Alabama, GREETING:

You are hereby commanded to arrest **Patrick Lemuel Bass**, alias, and bring him/her before District/Circuit Court of Lee County, Alabama, to answer the State of Alabama on the charge of
**Promoting Prison Contraband First Degree**

said charges preferred by ___Sgt. Donnie Surrett___
And have you then and there this Writ with your return thereon.

Witness my hand, this _31_ day of ___August___ A.D. 20_05_

_____
Clerk, District/Circuit Court

# EXHIBIT L

## CASE FILE SUMMARY

DATE:08-24-2005
CASE #:31-1598-05B
INCIDENT:Promoting Prison Contraband First Degree
VICTIM:State of Alabama
DEFENDANT:Marquez C. Vaughn
INVESTIGATOR:Sgt. Donnie Surrett

On or about August 24, 2005, Lee County Detention Facility Officers conducted a search of cells F-1, F-3, and F-4. During the course of the search, numerous improvised weapons were recovered. A metal rod sharpened on one end was located in Inmate Patrick Lemuel Bass' mattress by Officer Craig Murphy. Another metal rod sharpened on one end was discovered in Inmate Marquez Cornelius Vaughn's mattress by Officer Craig Murphy, with the assistance of Sgt. Lucy Butler. Sgt. Butler used a hand held metal detector to scan the mattress, which indicated that a metal object was in the mattress. A metal knife made from a power outlet cover was recovered from Inmate George Lynard Hudson's mattress by Officer Leon Aaron. A metal knife made from an unknown item was discovered in Inmate Steven Aaron Todd's mattress by Officer Leon Aaron. Another metal knife was discovered in a toilet, and it is unknown who actually possessed it. Sgt Donnie Surrett was notified of the incident. Sgt Surrett photographed the home-made/improvised weapons and secured them in the evidence vault. Sgt. Surrett spoke with Lieutenant Corey Welch, who stated that the mattresses are searched for weapons before they are issued to inmates and that the only way that a weapon would be in the mattress is if the inmate put it there.

# EXHIBIT M

NOTES

SS# _267- 91 - 2445_

NAME _Bass, Patrick_    DOB _7/6/6_ AGE _37_ SEX _M_ RACE _W_

DRUG ALLERGIES _None_    TETANUS

NATURE OF PROBLEM OR REQUEST

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

---

**05/31/05      Lee County Detention Center      Patrick Bass      #267912445**
This 38 YOWM says he was injured last night, "they stomped me". He says the Police kicked him and stomped him on the back and on the face. He thinks his nose is broken.
**Physical Exam:** Alert, no distress. He is uncomfortable. HEENT: He does have a rather swollen nose that is deviated to the left. There is no nasal septal hematoma. He has a large hematoma under the right eye and a small left subconjunctival hemmorhage inferiorly and temporally. PERRL; EOMI. He says he has no double vision. No dental malocclusion. No TMJ tenderness. NECK: No pain with axial loading or palpation of the neck. EXTREMITIES: He has multiple superficial criss-cross abrasions of his arms, legs, and back that look like they are several days old. I don't see any bruises. He does show me an area of abrasion that looks fresher. It looks like there is a little puncture on the left upper arm. He also shows me place in his left upper neck but

I don't see anything. BACK: He is uncomfortable in his back to the right of the midline at about L2 but he is tender in a generalized area of his LS musculature. He shows me a normal straight leg raise when showing me his abrasions.
**Impression:** Multiple contusions and abrasions including facial trauma with probable fracture of the nasal bone.
**Plan:** The nasal bone is midline. I don't feel any crepitus as I push on the bony structure of the nose. There is no occlusion to either side of the nose. He is sure that he has had a Tetanus shot within the last ten years, probably within the last five. Motrin or Tylenol prn. Elevate his head. Naprosyn 500 mg b.i.d. take with food #14 and Flexeril 10 mg b.i.d. #10. Wound care for the scratches and hematoma. Recheck in one week as the swelling goes down.

Naprsn 500 tru
Flexril 10 B,D x10
re V 1 wk

REFER TO:    PA/PHYSICIAN    MENTAL HEALTH    DENTAL

SIGNATURE    _MD_    DATE _5/31/05_ TIME _1~4_

JOHN H MCFARLAND MD
AM8104894
AL 11404

# EXHIBIT N

# MEDICATION ADMINISTRATION RECORD

P&L FORMS #3004 (for A03 print programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naprosyn 500m #14 TBP 6/1/05 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexuril 10m #10 T BD 6/1/05 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Septra DS #20 TBD 06/07/05 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Septra DS T Bid TW see MD 06/10/05 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Charting For | | Through | | | |
|---|---|---|---|---|---|
| Physician | G. Mc Farlan | | Telephone No. | | Medical Record No. |
| Alt. Phys. | | | Alt. Telephone | | |
| Aller-gies | | | Rehabilitative Potential | | |
| Diag-nosis | | | | | Admission Date |
| Medicaid Number | Medicare Number | | Complete Entries Checked: By: | L Stewart  Title: LPN  Date: | |

# EXHIBIT O

NOTES

SS# 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

NAME Bass Petrick     DOB ___ AGE 38 SEX M RACE W

DRUG ALLERGIES NKDA              TETANUS ___

NATURE OF PROBLEM OR REQUEST Flu per mb

___

___

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE ___

**********************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

06/07/05    Lee County Detention Center    Patrick Bass    #267912445

This 38 YOWM has healing abrasions from his injuries a week ago. His nose swelling is down. He still feels congested. He has a "spider bite" on the right lower leg.

**Physical Exam:** Alert, comfortable gait. HEENT: His nose is deviated to the left. It feels solid. He has no septal hematoma. The subconjunctival hemorrhages are healing. PERRL; EOMI without diplopia. NECK: Supple comfortable neck movement. HEART: Regular. LUNGS: Clear. EXTREMITIES: He has an inflamed area on the right leg with some induration and tenderness. There no regional lymphadenopathy.

**Impression:** Cellulitis; healing injuries, healing fracture of the nose.

**Plan:** Septra DS b.i.d. #10. Recheck prn.

Septra DS bid 20

REFER TO: ___ PA/PHYSICIAN ___ MENTAL HEALTH ___ DENTAL ___

SIGNATURE ___ TITLE ___ DATE 6-7-05 TIME 1000

JOHN H MCFARLAND MD
AM8104894
AL 11404

**EXHIBIT P**

NOTES

SS# 267-91-244 ___

NAME Babb, Patrick ___ DOB 7/24/6 AGE 39 SEX M RACE W

DRUG ALLERGIES NKDA ___ TETANUS ___

NATURE OF PROBLEM OR REQUEST spider bite ___

___

___

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE ___

*******************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP ___ P ___ R ___ T ___

ASSESSMENT: red c̄ edema to ® arm, says killed spider

PLAN: Set Septra DS ī B.i.d as per protocol, see mD next visit

REFER TO: __X__ PA/PHYSICIAN ___ MENTAL HEALTH ___ DENTAL ___

SIGNATURE D. Burk ___ TITLE __ DATE 08/10/61 TIME ___

# EXHIBIT Q

NOTES:

SS# *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*

NAME *Bass, Patrick*    DOB *7/6/66* AGE *39* SEX *M* RACE *W*

DRUG ALLERGIES _____ Ø _____    TETANUS _____

NATURE OF PROBLEM OR REQUEST *Spider Bite on Septra*
*X 7 dys*

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

*************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:    BP_____    P_____    R_____    T_____

ASSESSMENT:

---

08/18/05    **Lee County Detention Center**    **Patrick Bass**    **#267912445**

This 39 YOWM has a "spider bite" to the left forearm. He is on Septra per the Staph protocol.
He has a piece of wooden stick in his right wrist over the ulnar styloid. He says it has been in
there for quite a while but now it is having some pus draining. It is getting a little tender.
**Physical Exam:** Alert, comfortable gait, body posture, and spontaneous arm and hand
movements with good range of motion exhibited. He has an inflamed place on the ulnar aspect of
the left forearm about shaft. There is no fluctuance; it is just red and inflamed. It looks like it is
improving as he says it is. On the right wrist at the ulnar styloid there is a 1.5 cm foreign body
palpated under the skin. It is open at one end it looks like it is coming to head.
**Impression:** Foreign body right arm; probable Staph infection.
**Plan:** Septra DS b.i.d. for ten days. We will see him back and take out the foreign body next
week if it doesn't come out on its own.

*REFER TO:* _____    (PA/PHYSICIAN)    MENTAL HEALTH _____    DENTAL _____

SIGNATURE _____    TITLE *MD*    DATE *8/18/5*    TIME *0937*
JOHN H MCFARLAND MD
AM8104894
AL11404

# EXHIBIT R

NOTES

SS# 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

NAME Bass, Patrick    DOB 7/4/66 AGE 39 SEX M RACE W

DRUG ALLERGIES Ø    TETANUS

NATURE OF PROBLEM OR REQUEST Removal of Foreign Body from Wrist

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

*********************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP_____ P_____ R_____ T_____

ASSESSMENT:

**08/23/05    Lee County Detention Center    Patrick Bass    #267912445**
This 39 YOWM is back to have a foreign body removed from his right wrist. It has been there since about 1990. It has been uncomfortable. It has been draining some pus.
**Physical Exam:** The foreign body previously described is there at the ulnar styloid and distal ulna.
**Impression:** Foreign body of the right wrist.
**Plan:** The area is cleansed and prepped and Isopropyl alcohol. Sterile no-touch technique is used. Local anesthesia is achieved by infiltration with 1% Xylocaine with Epinephrine. A #15 blade scalpel was used to make an incision over the foreign body. The fibrous capsule around the foreign body is opened with sharp Iris scissors and a one inch foreign body is removed. It appears to be a piece of treated wood. The foreign body cavity is irrigated with sterile saline. It was just left open. Recheck by me in one week prn. Recheck by the nurse in a couple of days.

* REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE    JOHN H MCFARLAND MD    TITLE MD    DATE 8/23/05    TIME 0849
AM8104894
AL 11404

D. Buck RN 08/23/05

# EXHIBIT S

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

PATRICK LEMUEL BASS,      )
                                 )
       Plaintiff,           )
                                 )
v.                                 )    Civil Action No.  3:05-cv-603-MHT-SRW
                                 )
SHERIFF JAY JONES, et al.,       )
                                 )
       Defendants.      )

## AFFIDAVIT OF CARY TORBERT, JR.

STATE OF ALABAMA       )
                               )
COUNTY OF LEE           )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Cary Torbert, Jr., who being known to me and being by me first duly sworn on oath deposes and says as follows:

    1.     My name is Cary Torbert, Jr.  I am over the age of nineteen and competent to make this affidavit.

    2.     I am the Jail Administrator of the Lee County Jail.  I have achieved the rank of Major.

    3.     Attached to the Special Report are true and accurate documents contained in the files of the Lee County Jail, including the Plaintiff's jail file.  I am the custodian of such documents, which were kept by me in the ordinary course of my business.

4.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.


_____

CAREY TORBERT, JR.

**SWORN TO** and **SUBSCRIBED** before me this _____ day of October, 2005.


_____

NOTARY PUBLIC
My Commission Expires: _____

4.     I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit and, the above statements are made by drawing from my personal knowledge of the situation.

_____
CAREY TOLBERT, JR.

SWORN TO and SUBSCRIBED before me this 26 day of October, 2005.

_____
NOTARY PUBLIC                    MY COMMISSION EXPIRES FEB. 10, 2007
My Commission Expires: _____