IN The UNITED STATES DISTRICT Court
For The MIDDLE District of ALABAMA
EASTERN DIVISION    date November 1, 2005

Motion to bar the Defendant From Filing written report and motions And seeking permission For summary Judgement For Plaintiff,

Patrick Lemuel Bass
  Plaintiff
     v                    Civil Action, NO 3:05-CV-603-T
  Defendants
Jay Jones Sheriff et al.

① The Defendant was Granted an Extension of the time by the Court to answer to the Plaintiff claims so they could be properly and Effectively processed by the court (Doc No. 14)

② The time limit allowed and order by Honorable Judge Susan Russ Walker was October 26, 2005 For the Defendant to have there written report Filed to the court and to Plaintiff

③ The written report should be considered untimely by the court and the Plaintiff claims should be effectively processed do to the disregard of the court order by the Defendants

④ The disregard For the court ordered written report due by the Defendant,s on October, 26, 2005 Clearly shows the disregard the Defendants have For the claims made by the Plaintiff when his Civil Rights was violated when he was hand cuff and viciously beaten!

⑤ The Plaintiff seeks permission to ask the court For summary Judgement in the Plaintiff Favor in the Civil Action No 3:05-CV-603-T case due to the unwillingness of the Defendants to Comply with court order Dead line of October 26, 2005 written report do by Defendant

November 1, 2005

6. The plaintiFF ask that each part oF this motion is severable iF any one part be Denied by the Court it should not AFFect the other part oF this motion

Sign by *Patrick Bass*  I RespectFully Remain

PAGE 3 OF 3                Certificate of service                November 1, 2005

I Plaintiff Patrick Lemuel Bass have served the Attroneys for the Defendant Jay Jones sheriff et al. and Donnie surrett a copy of the Forgoing motion by us mail and all is true and correct to the best of my Ability

Mail to Defendant Attroney Address At:

Address of Webb & Eley P.C.
7475 Halcyon Pointe Road
P.O. Box 240909 Montgomery, Alabama 36124

Sign by Patrick Bass I Respectfully Remain