In the united State District court
For the middLE District of ALabama

Motion For Extension of time. And opointed Council For PlaintiFF

Patrick Lemuel Bass
    PlaintiFF
        v.                    Civil Action 3:05 CV-603-T
    DeFendants
Sheriff Jay Jones etal,

RECEIVED
2005 NOV -8  A 9:59

① Come Now the PlaintiFF Patrick Lemuel Bass ask the Honorable court For and extension of the time of 30 days in which to answer the written report of evidentiary materials Filed to the Honorable Court by the DeFendant which the PlaintiFF has Not seen a copy oF.

② The PlaintiFF has not received the written report and supporting evidentiary materials submitted by the DeFendants (Doc. Nos. 16, 17) to the court and ask that it be sent to the PlaintiFF

3 The PlaintiFF Patrick Lemuel Bass move this Honorable court grant legal Council For the PlaintiFF so that he will have access to evidentiary materials that is held in and by lee county Jail and has been unable to gain access to threw any means avialble to PlaintiFF

④ The PlaintiFF has No way oF reFering to the Federal Rules of Civil Procedure and seeks Council with help to complie with Federal Rules of civil procedure and access to evidentiary materials held by the lee county Jail that will be needed to answer to the report made by the DeFendant and to complie with the order made by the court in the appropriate and specific mean which it has set Forth For PlaintiFF to Complie with

(5) The Plaintiff has requested his medical ~~records~~ as evidentiary materials from a empolyee, an nurse Stewart, of the Lee County Detention Center.

(6) The answer the Plaintiff recieved was Quote" No Medical records will be turned over to the Plaintiff unless and Attroney gets them and turns them over to said Plaintiff

(7) It is clear that the Plaintiff will not be able to gain access to the evidentiary material in which he needs as facts to Justafy his claim made on the Defendants unless the Honorable Court will grant the Plaintiff legal council to help the Plaintiff gain access to evidentiary materials specificlly Medical records and booking pictors which are the facts in Plaintiff claim.

(8) The Plaintiff ask that each part of this motion is severable if any one part be denied by the court it should not affect the other parts of this motion

Sign by Plaintiff: *Patrick L Bass*

Certificate of service

I Patrick Lemuel Bass have mailed a true and correct copy of the Foregoing by United States mail to the Defendants Attroney at Address of.

Webb & Eley P.C.
7475 Hale Pointe Drive
Post Office Box 240909
Montgomery, Alabama 36124


Sign by Patrick L Bass    Address of.
P.O. Box 2407
Opelika Alabama 36801