In the United States District Court
For the middle District of Alabama

Amendment to motion for Extension of time And apointed Council

Patrick Lemuel Bass
Plaintiff
v.
Defendants           Civil Action 3:05-CV-603-T
Sheriff Jay Jones et. al,

(9)

Plaintiff did receive the Defendant written report on the date of November 3, 2005 which Exceeded the Court order dead line given by the united States District Court For the middle District of ALabama the court order dead line being October 26, 2005 it is clear that the Defendant Failed to Follow the requirement of the dead line given by the court in which to have the written report handed in to the courts and the Plaintiff

Certificate of service

I patrick Lemuel Bass have mailed a true and correct copy of the Forgoing by united states mail to the Defendants Attorney at Address of

Webb & ELEy P.C.
7475 Hale Pointe Drive
Post Office Box 240909
Montgomery ALabama 36124

Sign by Patrick L Bass
P.O. Box 2407
Opelika Alabama 36801