IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS   * | |
| Plaintiff,   * | |
| v.   * | CIVIL ACTION NO. 3:05-CV-603-T |
| JAY JONES, *et al.*,   * | |
| Defendants.   * | |

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's motion (Doc. 20) is GRANTED; and

2. Plaintiff is GRANTED an extension from November 22, 2005 to December 22, 2005 to file his response to Defendants' written report.

In his request for additional time, Plaintiff asserts that he has not received a copy of Defendants' answer and written report.  Accordingly, it is further

ORDERED that counsel for Defendants provide Plaintiff with a copy of their October 26, 2005 written report and answer, including exhibits, within ten days of the filing date of this order.

DONE, this 2nd day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE