Motion of change of address

RECEIVED
2006 MAR 31 A 9:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff
Patrick Lemuel Bass
 V
Defendent
Jay Jone etal
Defendent
Donnie Surrett
Defendent
Lee Co sheriff Task Force officers

Case # 3:05 cv-00603-WKW SRW

① The Plaintiff at this time would like to advise the Court and Attroney for the Defendents that the new mailing address for the Plaintiff is now as Follow

Patrick Lemuel Bass
Po Box 159
Montgomery, Alabama 36101

okay

Patrick Lemuel Bass

Cirtificate of serice

I state that all is true and correct and has been sent by us postal mail

Patrick Lemuel Bass