Motion for Change of Address

Plaintiff:
Patrick Lemuel Bass     Case # 3:05-CV-00603 WKW-SRW
   v

RECEIVED
2006 OCT -6  A 9:34

Defendant:
Jay Jones
Donnie Surrett
Lee Co Sheriff Dept.
Task Force Officers


Come now the plaintiff Patrick Lemuel Bass gives notice that the new address to receive U.S. mail will be as Followed

Patrick Lemuel Bass
P.O. Box 159
Montgomery AL 36101


Sign Patrick L Bass

Certificate of Service

I hereby certify that on October 3 this motion was sent by us mail and all is true and correct and a copy has been sent to Attorney of the defenant and Honorable William Keith Watkins

by:
Patrick Lemuel Bass  Address: P.O. Box 159
Montgomery, AL 36101

To:
Attorney for defenant: Kelly G Davidson, Address:
P.O. Box 238
Montgomery, AL 36101

TO:    Office of Clerk
Honorable William Keith Watkins, address:
United States District Court
P.O. Box 711
Montgomery, AL 36101

sign _Patrick L Bass_