IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PATRICK LEMUEL BASS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:05-cv-603-MHT-SRW |
| | ) |
| SHERIFF JAY JONES, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW Amanda Kay Morgan, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for Jay Jones, Sheriff of Lee County, Alabama, and Donnie Surrett, Defendants in the above-captioned matter.

Respectfully submitted this 10th day of October, 2006.

s/Amanda Kay Morgan
AMANDA KAY MORGAN Bar No. ALL079
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: amorgan@webbeley.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 10th day of October, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

    Patrick Lemuel Bass
    Montgomery City Jail
    PO Drawer 159
    Montgomery, AL 36101-0159

        **s/Amanda Kay Morgan**
        OF COUNSEL