**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| PATRICK LEMUEL BASS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.  3:05-cv-603-MHT-SRW |
| | ) |
| SHERIFF JAY JONES, et al., | ) |
| | ) |
|     Defendants. | ) |

**MOTION TO WITHDRAW**

COMES NOW Amanda Kay Morgan of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Jay Jones, Sheriff of Lee County, Alabama, and Donnie Surrett, the Defendants in the above-styled cause.  As grounds for this Motion, the undersigned states that she will be no longer be employed with the firm of Webb & Eley, P.C.  Ashley Hawkins Freeman of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for Defendants Jay Jones, Sheriff of Lee County, Alabama, and Donnie Surrett contemporaneously with the filing of this Motion.

WHEREFORE, Amanda Kay Morgan respectfully requests an order from this Court that releases her from representation of Defendants Jay Jones, Sheriff of Lee County, Alabama, and Donnie Surrett.

Respectfully submitted this 4th day of January, 2007.

        **s/Amanda Kay Morgan**
        AMANDA KAY MORGAN Bar No.  ALL079
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  amorgan@webbeley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 4th day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Patrick Lemuel Bass
> Montgomery City Jail
> PO Drawer 159
> Montgomery, AL 36101-0159

> **s/Amanda Kay Morgan**
> OF COUNSEL