**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **PATRICK LEMUEL BASS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:05-cv-603-MHT-SRW |
| | ) |
| **SHERIFF JAY JONES, et al.,** | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW Ashley Hawkins Freeman, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for Jay Jones, Sheriff of Lee County, Alabama, and Donnie Surrett, the Defendants in the above-captioned matter.

Respectfully submitted this 4th day of January, 2007.

> **s/Ashley Hawkins Freeman**
> ASHLEY HAWKINS FREEMAN Bar No. FRE044
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: afreeman@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 4th day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Patrick Lemuel Bass
        Montgomery City Jail
        PO Drawer 159
        Montgomery, AL 36101-0159

        **s/Ashley Hawkins Freeman**
        OF COUNSEL