IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| PATRICK LEMUEL BASS | * | |
| Plaintiff, | * | |
| v. | * | 3:05-CV-603-WKW |
| JAY JONES, SHERIFF, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Counsel for Defendants Jay Jones and Donnie Surrett has filed a Motion to Withdraw. (Doc. No. 30.) Upon consideration of the motion, and in light of the notice of appearance filed by new counsel for above-noted defendants on January 4, 2007 (Doc. No. 31), it is

ORDERED that the Motion to Withdraw (Doc. No. 30) be and is hereby GRANTED.

DONE, this 5th day of January 2007.

                                               /s/Susan Russ Walker
                                             SUSAN RUSS WALKER
                                             UNITED STATES MAGISTRATE JUDGE