IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| PATRICK LEMUEL BASS | * | |
| Plaintiff, | * | |
| v. | * | 3:05-CV-603-WKW |
| JAY JONES, SHERIFF, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Plaintiff filed this 42 U.S.C. § 1983 action on June 24, 2005. At the time he filed this complaint, Plaintiff was incarcerated at the Lee County Detention Center located in Opelika, Alabama. During the pendency of this action Plaintiff notified the court that he was transferred to the Montgomery City Jail located in Montgomery, Alabama. On January 16, 2007 the envelope containing Plaintiff's copy of an order filed January 5, 2007 was returned to the court marked "Return to Sender; Not at this Address," because Plaintiff was no longer at the most recent address he had provided to the court.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff received notice of this requirement in the court's August 24, 2005 order of procedure. (*See* Doc. No. 10, ¶5(h)).

Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court with

a current address. Accordingly, the court concludes that Plaintiff shall be granted an opportunity to show cause why his complaint should not be dismissed for his failures to comply with the orders of the court and to prosecute this action.

Accordingly, it is ORDERED that:

1. On or before January 29, 2007 Plaintiff SHOW CAUSE why his complaint should not be dismissed for his failures to prosecute this action and comply with the order of the undersigned that he keep the court apprised of his current address. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice; and

2. The Clerk of Court SEND copy of this order to Plaintiff at his last known address.

DONE, this 18th day of January 2007.

    /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE