IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-cv-603-WKW |
| ) | [wo] |
| JAY JONES, SHERIFF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

The Magistrate Judge filed a Recommendation (Doc. # 34) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for failure to prosecute this action and failure to comply with the orders of this court.

An appropriate judgment will be entered.

DONE this 6th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE