IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:05-cv-603-WKW |
| | ) [wo] |
| JAY JONES, SHERIFF, *et al.*, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 6th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE